United States District Court
Southern District of Texas
**ENTERED**
November 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD BETANCOURT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:25-CV-00102 |
| | § | |
| ANA MENDEZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS CASE FOR FAILURE TO PROSECUTE

On October 29, 2025, United States Magistrate Judge Julie K. Hampton issued a Memorandum and Recommendation (M&R, D.E. 17), recommending that the Court dismiss this action sua sponte for failure to comply with Court orders. Plaintiff timely filed his objections (D.E. 19) and an amended complaint (D.E. 20) on November 10, 2025.

Plaintiff's original complaint (D.E. 1), which purports to bring an employment discrimination claim, is cryptic, conclusory, fails to allege any complaint against two of the three defendants and is incomplete regarding the requirements of a discrimination claim. The Magistrate Judge gave Plaintiff two opportunities to amend, providing specific instructions for doing so. D.E. 11, 14. The latter order provided notice that no additional opportunities to amend may be permitted and that the action may be dismissed for failure to comply. Plaintiff failed to file any meaningful response to either order. Therefore, the Magistrate Judge now recommends that this action be dismissed for failure to prosecute.

Plaintiff's objections (D.E. 19) list a number of complaints against Defendants, but continue to be set out in cryptic, conclusory, and incomplete terms. His amended complaint (D.E. 20) is untimely, filed without leave of Court, and appears to simply add more cryptic, conclusory, and incomplete claims. Consequently, the Court **STRIKES** the amended complaint (D.E. 20) and **OVERRULES** the objections (D.E. 19).

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's Memorandum and Recommendation, as well as Plaintiff's objections, and all other relevant documents in the record, and having made a de novo disposition of the portions of the Magistrate Judge's Memorandum and Recommendation to which objections were specifically directed, the Court **OVERRULES** Plaintiff's objections and **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**ORDERED** on November 24, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE